No. 871. TURNER *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Circuit Court of

Appeals for the Fifth Circuit denied. *Hayden C. Covington* and *Grover C. Powell* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.